# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-098-598**

**Effective Date of Registration:**
April 04, 2018

## Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

### Title

| | |
|---|---|
| Title of Work: | DJ Downtown Focsi Brown |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |
| Date of 1st Publication: | January 01, 2014 |
| Nation of 1st Publication: | United States |

### Author

| | |
|---|---|
| • Author: | Erika Parker |
| Author Created: | Artwork |
| Citizen of: | United States |
| Domiciled in: | United States |

### Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Erika Parker |
| | 4900 NC HWY 55, Ste 160 #365, Durham, NC 27713, United States |

### Rights and Permissions

| | |
|---|---|
| Organization Name: | Xaracha Amshato, dba Focsi |
| Name: | Erika Parker |
| Email: | erika@myfocsi.com |
| Telephone: | (919)995-6488 |
| Address: | 4900 NC HWY 55, Ste 160 #365 |
| | Durham, NC, 27713 United States |

### Certification

|  |  |
|---|---|
| Name: | Joe G. Naylor, Authorized agent of Author/Owner |
| Date: | April 04, 2018 |
| Applicant's Tracking Number: | USCO-04872 |

| | |
|---|---|
| Copyright Office notes: | Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire. |